**Dismissed; and Opinion Filed December 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00743-CV

**GEREMIAH EDEM AND ALL OTHER OCCUPANTS, Appellants**
**V.**
**THE HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS CLIFF MANOR,**
**Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02880-B**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Myers
Opinion by Justice Myers

Appellants' brief in this case is overdue. By postcard dated October 18, 2018, we notified appellants the time for filing their brief had expired. We directed appellants to file both their brief and an extension motion within ten days. We cautioned appellants that failure to file their brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief, an extension motion, or otherwise corresponded with the Court regarding the status of their brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

180743F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

GEREMIAH EDEM AND ALL OTHER OCCUPANTS, Appellants

No. 05-18-00743-CV      V.

THE HOUSING AUTHORITY OF THE CITY OF DALLAS TEXAS CLIFF MANOR, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-02880-B.
Opinion delivered by Justice Myers, Justices Lang-Miers and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of December, 2018.